No. 78–118. ROLL ET UX. v. WEST SIDE FEDERAL SAVINGS & LOAN ASSOCIATION OF NEW YORK CITY. C. A. 2d Cir. Certiorari denied.

No. 78–122. SHULER v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 78–124. McINTYRE ET UX. v. EVEREST & JENNINGS, INC. C. A. 8th Cir. Certiorari denied.

No. 78–126. GUTHARTZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–127. MESSINA v. NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 78–130. COLE ET AL. v. KLASMEIER, FIRE ADMINISTRATOR. Cir. Ct. of Anne Arundel County, Md. Certiorari denied.

No. 78–132. SOLBORO KNITTING MILLS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–133. RUBY ET AL. v. GILES, ADMINISTRATOR, BUREAU OF EMPLOYMENT SERVICES OF OHIO, ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 78–136. WHOLESALE MATERIALS CO., INC. v. MAGNA CORP., DBA MISSISSIPPI STEEL. Sup. Ct. Miss. Certiorari denied.

No. 78–141. OVERMYER v. FORSYTHE ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–142. BOTKIN ET AL. v. DELTA AIR LINES, INC. C. A. 5th Cir. Certiorari denied.